

# NUMBERS 13-11-00252-CR AND 13-11-00253-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

**ANGELA ZANEIS A/K/A ANGELA HALE,**                       **Appellant,**

**v.**

**THE STATE OF TEXAS,**                              **Appellee.**

## On appeal from the 28th District Court
## of Nueces County, Texas.

## MEMORANDUM OPINION

### Before Justices Benavides, Vela, and Perkes
### Memorandum Opinion Per Curiam

Appellant, Angela Zaneis a/k/a Angela Hale, attempts to appeal convictions for possession of methamphetamine. The trial court has certified in both cases that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2).

On July 12, 2011, this Court notified appellant's counsel of the trial court's certifications and ordered counsel to: (1) review the record; (2) determine whether appellant has a right to appeal; and (3) forward to this Court, by letter, counsel's findings as to whether appellant has a right to appeal, or, alternatively, advise this Court as to the existence of any amended certifications.

On August 2, 2011, counsel filed a letter brief with this Court. Counsel's response does not establish that the certifications currently on file with this Court are incorrect or that appellant otherwise has a right to appeal.

The Texas Rules of Appellate Procedure provide that an appeal must be dismissed if the trial court's certification does not show that the defendant has the right of appeal. TEX. R. APP. P. 25.2(d); *see* TEX. R. APP. P. 37.1, 44.3, 44.4. Accordingly, these appeals are DISMISSED. Appellant counsel's motions to withdraw, previously carried with the case, are GRANTED.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
29th day of August, 2011.